

**atlantic city electric**

A PHI Company

Revenue Recovery
5 Collins Drive, Suite 2133
Carneys Point, NJ 08069

Date:

Re: Duplicate Claim Withdrawal

FILED
JEANNE A. NAUGHTON, CLERK
JAN 29 2025
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

Bankruptcy Court Clerk:

Please withdraw Atlantic City Electrics duplicate claim # 4-1 in Case # 25-10062 for the Debtor David Lee Perry.

Thank you for your assistance.

Sincerely,

[signature]
Bankruptcy Associate
Atlantic City Electric Company