Certificate Number: 20668-NJ-DE-039388067

Bankruptcy Case Number: 25-10062



20668-NJ-DE-039388067

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 26, 2025</u>, at <u>6:42</u> o'clock <u>PM EST</u>, <u>David Lee Perry</u> completed a course on personal financial management given <u>by internet</u> by <u>Andrew Finberg</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>February 28, 2025</u>          By:   <u>/s/Kathleen B Mills</u>

                                       Name:  <u>Kathleen B Mills</u>

                                       Title: <u>TEN Financial Educator</u>