Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 25−10062−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   David Lee Perry
   2 Cranberry Ct
   Hammonton, NJ 08037

Social Security No.:
   xxx−xx−9391

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 22, 2025.


Dated: May 22, 2025
JAN: as

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-10062-JNP |
| David Lee Perry | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: May 22, 2025 | Form ID: plncf13 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Lee Perry, 2 Cranberry Ct, Hammonton, NJ 08037-2507 |
| 520502941 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 22 2025 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 22 2025 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bankruptcy@pepcoholdings.com | May 22 2025 21:11:00 | Atlantic City Electric, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 520503911 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 22 2025 21:34:55 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520528504 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 22 2025 21:22:15 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520502927 | + | Email/Text: ally@ebn.phinsolutions.com | May 22 2025 21:10:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 520502928 | + | Email/Text: bankruptcy@pepcoholdings.com | May 22 2025 21:11:00 | Atlantic City Electric, P.O. Box 13610, Philadelphia, PA 19101-3610 |
| 520508667 | + | Email/Text: bankruptcy@pepcoholdings.com | May 22 2025 21:11:00 | Atlantic City Electric Company, 5 Collins Drive Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 520502929 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 22 2025 21:10:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520502930 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 22 2025 21:21:30 | Citibank, 7920 NW 110th St, Kansas City, MO 64153 |
| 520502931 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 22 2025 21:22:23 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 520502932 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 22 2025 21:11:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520502933 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | May 22 2025 21:22:23 | Housing and Urban Development, 451 Seventh St SW, Washington, DC 20410-0002 |

Case 25-10062-JNP    Doc 22    Filed 05/24/25    Entered 05/25/25 00:19:05    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 22, 2025 | Form ID: plncf13 | Total Noticed: 34 |

| Recipient ID | Flag | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 520502934 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 22 2025 21:11:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520577904 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 22 2025 21:12:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520502935 | ^ | MEBN | May 22 2025 21:07:27 | KML Law Group, PC, 701 Market St, Ste 5000, Philadelphia, PA 19106-1541 |
| 520511308 | | Email/PDF: resurgentbknotifications@resurgent.com | May 22 2025 21:34:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520502936 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 22 2025 21:45:48 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520544992 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 22 2025 21:34:55 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520574221 | + | Email/Text: bankruptcydpt@mcmcg.com | May 22 2025 21:11:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520502937 | + | Email/Text: bankruptcydpt@mcmcg.com | May 22 2025 21:11:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520502938 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 22 2025 21:46:12 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 520571915 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 22 2025 21:34:54 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520502939 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 22 2025 21:21:31 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 520502940 | + | Email/Text: bankruptcy@rubinrothman.com | May 22 2025 21:10:00 | Rubin & Rothman, LLC, 1787 Veterans Memorial Hwy, Islandia, NY 11749-1500 |
| 520502942 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 22 2025 21:46:08 | Syncb/Walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520502943 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 22 2025 21:21:23 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520502944 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 22 2025 21:57:59 | Synchrony Bank/Car Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520502945 | ^ | MEBN | May 22 2025 21:05:30 | Tenaglia & Hunt, 365 West Passaic St, Ste 405, Rochelle Park, NJ 07662-3014 |
| 520505764 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | May 22 2025 21:22:23 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520502946 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | May 22 2025 21:21:31 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 520540656 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | May 22 2025 21:22:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 32

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

Case 25-10062-JNP    Doc 22    Filed 05/24/25    Entered 05/25/25 00:19:05    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 22, 2025 | Form ID: plncf13 | Total Noticed: 34 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 24, 2025                    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Lee Martin Perlman | on behalf of Debtor David Lee Perry ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5