UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:

David Perry

Case No.:        25-10062 JNP
Chapter:         13
Hearing Date:    7/28/2026
Judge:           Poslusny

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor(s) in this case opposes the following (choose one):

1. [X] Motion for Relief from the Automatic Stay filed by _____Ally Capital_____,
   creditor,
   A hearing has been scheduled for _____July 28, 2026_____, at 11:00 AM.

   [ ] Motion to Dismiss filed by the Chapter 13 Trustee.
   A hearing has been scheduled for _____, at _____.

   [ ] Certification of Default filed by _____.
   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

   [ ] Payments have been made in the amount of $_____, but have not been
   accounted for.  Documentation in support is attached.

   [ ] Payments have not been made for the following reasons and debtor proposes
   repayment as follows (explain your answer):

   [X] Other (explain your answer): I would like to propose a sixth month cure to address the arrears.

3.      This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.      I certify under penalty of perjury that the above is true.

Date:   7/17/2026            /s/ David Perry
                             Debtor's Signature