UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Laura Egerman, Esq.
McCalla Raymer Leibert Pierce, LLC
485F Route 1 South, Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ _ECF _ Notices@mccalla.com
Attorneys for Movant

In Re:

 David Lee Perry

| | |
|---|---|
| Case No.: | 25-10062-JNP |
| Chapter: | 13 |
| Hearing Date: | July 28, 2026 |
| Judge: | Jerrold N. Poslusny Jr. |

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter:  Motion for Relief from Stay (Doc. No. 26)

_____

Date:  07/24/2026

/s/ Laura Egerman
Signature

*rev.8/1/15*