**Order Filed on August 3, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Laura Egerman
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| David Lee Perry, | Case No. 25-10062-JNP |
| Debtor. | Judge: Jerrold N. Poslusny, Jr. |

## ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS

The relief set forth on the following pages, number two (2) through three (3) is hereby

### ORDERED

**DATED: August 3, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2

Debtor:             David Lee Perry
Case No.:           25-10062-JNP
Caption of Order:   **ORDER RESOLVING SECURED CREDITOR'S MOTION
FOR RELIEF FROM THE AUTOMATIC STAY AND
PROVIDING FOR CURE OF POST-PETITION ARREARS**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay ("Motion") filed by Ally Capital ("Secured Creditor"), and David Lee Perry ("Debtor") having filed opposition thereto, with respect to the 2017 Ram 1500 Sport, VIN: 1C6RR7HT9HS790023 ("Vehicle"), as follows and have consented to the entry of the within Order, and for good cause shown it is hereby:

**ORDERED AS FOLLOWS:**

1. Debtor is delinquent five (5) post-petition payments due March 15, 2026 through July 15, 2026, each payment in the amount of $689.99, less suspense of $640.14, for a total delinquency of $2,809.81.

2. Debtor shall cure the arrears in the amount of $2,809.81 by making five (5) equal monthly payments of $468.30, beginning August 15, 2026 through December 15, 2026, and one (1) payment in the amount of $468.31 on or before January 15, 2027.

3. Debtor shall resume post-petition payments to be paid timely and in full with the August 15, 2026 payment.

4. If Debtor should default and fail to make future post-petition payments to Secured Creditor that come due during the pendency of this case for thirty (30) days from the due date, Secured Creditor's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Secured Creditor to proceed with its action against the Vehicle.

5. Upon dismissal, discharge chapter conversion, or relief from stay, the foregoing terms and conditions shall cease to be binding payments will be due pursuant to the terms of the original loan agreement and Secured Creditor may proceed to enforce its remedies under applicable non-bankruptcy law against the Real Property and/or against the Debtor.

Page 3

Debtor:              David Lee Perry
Case No.:            25-10062-JNP
Caption of Order:    **ORDER RESOLVING SECURED CREDITOR'S MOTION
                     FOR RELIEF FROM THE AUTOMATIC STAY AND
                     PROVIDING FOR CURE OF POST-PETITION ARREARS**

6.     Debtor shall pay attorney fees and costs for the motion for relief in the amount of

$649.00 to be paid as an administrative claim through the plan.