Laura Egerman
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

**Order Filed on August 3, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 13 |
| David Lee Perry, | Case No. 25-10062-JNP |
| Debtor. | Judge: Jerrold N. Poslusny, Jr. |

**ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

**DATED: August 3, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2

Debtor:            David Lee Perry
Case No.:          25-10062-JNP
Caption of Order:  **ORDER RESOLVING SECURED CREDITOR'S MOTION
FOR RELIEF FROM THE AUTOMATIC STAY AND
PROVIDING FOR CURE OF POST-PETITION ARREARS**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay ("Motion") filed by Ally Capital ("Secured Creditor"), and David Lee Perry ("Debtor") having filed opposition thereto, with respect to the 2017 Ram 1500 Sport, VIN: 1C6RR7HT9HS790023 ("Vehicle"), as follows and have consented to the entry of the within Order, and for good cause shown it is hereby:

**ORDERED AS FOLLOWS:**

1. Debtor is delinquent five (5) post-petition payments due March 15, 2026 through July 15, 2026, each payment in the amount of $689.99, less suspense of $640.14, for a total delinquency of $2,809.81.

2. Debtor shall cure the arrears in the amount of $2,809.81 by making five (5) equal monthly payments of $468.30, beginning August 15, 2026 through December 15, 2026, and one (1) payment in the amount of $468.31 on or before January 15, 2027.

3. Debtor shall resume post-petition payments to be paid timely and in full with the August 15, 2026 payment.

4. If Debtor should default and fail to make future post-petition payments to Secured Creditor that come due during the pendency of this case for thirty (30) days from the due date, Secured Creditor's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Secured Creditor to proceed with its action against the Vehicle.

5. Upon dismissal, discharge chapter conversion, or relief from stay, the foregoing terms and conditions shall cease to be binding payments will be due pursuant to the terms of the original loan agreement and Secured Creditor may proceed to enforce its remedies under applicable non-bankruptcy law against the Real Property and/or against the Debtor.

Page 3

Debtor:              David Lee Perry
Case No.:            25-10062-JNP
Caption of Order:    **ORDER RESOLVING SECURED CREDITOR'S MOTION
                     FOR RELIEF FROM THE AUTOMATIC STAY AND
                     PROVIDING FOR CURE OF POST-PETITION ARREARS**

6.      Debtor shall pay attorney fees and costs for the motion for relief in the amount of

$649.00 to be paid as an administrative claim through the plan.

United States Bankruptcy Court

District of New Jersey

In re:                                                                            Case No. 25-10062-JNP

David Lee Perry                                                       Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                    Page 1 of 2

Date Rcvd: Aug 03, 2026                   Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Lee Perry, 2 Cranberry Ct, Hammonton, NJ 08037-2507 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2026                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Ally Capital denise.carlon@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor Ally Capital laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Debtor David Lee Perry ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com;law-offices-of-lee-m-perlman@pacer.glade.ai |
| Matthew K. Fissel | |

District/off: 0312-1                                    User: admin                                                      Page 2 of 2
Date Rcvd: Aug 03, 2026                              Form ID: pdf903                                        Total Noticed: 1

on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7